**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-1720 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

On May 2, 2019, the Commissioner filed a stipulation of the parties for an extension of time for the Commissioner to file the administrative record. (Doc. 10) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

  1.  The request for an extension of time (Doc. 10) is **GRANTED**; and

  2.  Defendant **SHALL** file the certified administrative record no later than **May 16, 2019**.

IT IS SO ORDERED.

 Dated:  **May 3, 2019**        **/s/ Jennifer L. Thurston**
                 UNITED STATES MAGISTRATE JUDGE