# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL[1], <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-1720 - JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 15) |

On July 31, 2019, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of thirty days to file an opening brief in the action. (Doc. 15) Notably, the Scheduling Order permits a single extension of thirty days to be made by stipulation (Doc. 5-1 at 3), and this is the first extension sought by the parties following the filing of the administrative record. Thus, the Court **ORDERS**:

1. The request for an extension of time (Doc. 15) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **September 8, 2019**.

IT IS SO ORDERED.

Dated: **August 1, 2019**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the Court has substituted the newly appointed Commissioner in accordance with Fed. R. Civ. P. 25(d).